IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:13-CR-31 ALM/KPJ |
| § | |
| FERNANDEZ JAVIER-DOMINGUEZ § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on September 25, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Ernest Gonzalez.

On July 30, 2013, Defendant was sentenced by the Honorable Marcia A. Crone, United States District Judge, to a sentence of eighteen (18) months imprisonment followed by a three (3) year term of supervised release for the offense of Reentry of Deported Alien. Defendant began his term of supervision on June 30, 2014.

On April 10, 2017, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 34). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) As a condition of supervised release, immediately upon release from confinement, Defendant shall be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. § 1101, *et seq*. If ordered deported, Defendant shall remain outside the United States. In the

event Defendant is not deported, or for any reason re-enters the United States after having been deported, Defendant shall comply with all conditions of supervised release, to include reporting to the nearest U.S. Probation Office within seventy-two (72) hours of release by immigration officials or re-entry into the United States.

The Petition alleges that Defendant committed the following violations: (1) On August 26, 2016, Defendant committed the offenses of Duty Upon Striking Unattended Vehicle; and No Drivers License, all Class C misdemeanors, as cited by the Lewisville Police Department. It is also alleged that on August 26, 2016, Defendant committed the offense of Reentry of Deported Alien in violation of 8 U.S.C. § 1326, by being present in Lewisville, Texas. As of the writing of the Petition, no formal charges had been filed; and (2) As evidenced by Lewisville Police Department dash camera, video recorded on August 26, 2016, Defendant was present in Lewisville, Texas, and failed to remain outside the United States following completion of his term of imprisonment and deportation on June 30, 2014. Additionally, Defendant failed to report to the nearest U.S. Probation Office, as instructed, following his re-entry into the United States.

At the hearing, Defendant entered a plea of true to Allegation 1. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the September 25, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, with no supervised release to follow. The Court further recommends that Defendant's term

of imprisonment be carried out in a facility close to the North Texas area, if appropriate.

**SIGNED this 4th day of October, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE